UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Tawnya Leah Hobart

      v.              Case No. 11-cv-151-PB

US Social Security Administration, Commissioner


O R D E R


I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated February 9, 2012, no objection having been filed. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));   see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

     SO ORDERED.


March 9, 2012                /S/ Paul Barbadoro
                                       Paul Barbadoro
                                       United States District Judge

cc: Counsel of Record